UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THREE BROTHERS ELECTRICAL CONTRACTORS, et al.,<br><br>Defendants. | Case No. 19-cv-06650-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER OF REFERRAL; AND ORDER TO DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Re: Dkt. No. 13 |

On January 13, 2020, the Court issued an Order continuing the case management conference and advising Defendants that if they failed to file a case management conference statement by January 24, 2020, the Court would issue an Order to Show Cause why sanctions should not be imposed.

On January 24, 2020, the Plaintiffs filed an updated case management conference statement, in which they ask the Court to defer setting a schedule until the parties have engaged in mediation or a settlement conference.

Defendants did not file a case management conference statement.

The Court HEREBY CONTINUES the case management conference set for January 31, 2020 to March 27, 2020 at 11:00 a.m.

It is FURTHER ORDERED that this case is referred to a randomly assigned Magistrate Judge for a settlement conference to be completed within 90 days of the date of this Order.

Defendants are ORDERED TO SHOW CAUSE why sanctions in the amount of $250.00 should not be imposed for failing to comply with the Court's Order setting a deadline to file a case management conference statement. Defendants shall file a response to this Order to Show Cause

by February 14, 2020.  If Defendants fail to comply with that deadline, the Court shall impose the monetary sanctions.  In addition, if Defendants fail to participate in the ADR proceedings, the Court shall issue an Order to Show Cause as to why further sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: January 27, 2020

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk