UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THREE BROTHERS ELECTRICAL CONTRACTORS, et al.,<br><br>Defendants. | Case No. 19-cv-06650-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 66 |

This matter is scheduled for a hearing on October 21, 2022, to consider Plaintiffs' motion to hold Defendants in civil contempt or to enter judgment in their favor. Defendants have not opposed the motion within the time required under the Civil Local Rules.

On April 15, 2022, the Court granted Plaintiffs' motion for summary judgment and ordered Defendants to shall comply with Plaintiffs' audit demands, including but not limited to producing all records and documents demanded by Plaintiff Trust Funds, and to pay any unpaid contributions determined to be owed by Defendants to the Trust Funds pursuant to the audit conducted by the Trust Funds' auditors. Plaintiffs attest that Defendants offered to make certain documents available for inspection but have not produced them to Plaintiffs and have not made any payments on contributions.

The Court HEREBY ORDERS Defendants to show cause, in writing, by no later than October 14, 2022, why the Court should not grant Plaintiffs' alternative motion to enter judgment as a sanction for their failure to comply with the Court's April 15 Order, rather than finding them in contempt and levying a daily fine until they comply by producing the documents and paying the unpaid contributions.

The Court will hold the hearing scheduled for October 21, 2022, and it will conduct that hearing by telephone. The dial in number is 1-888-684-8852 and the access code is 8583698#. **All parties should dial in and be ready to proceed by no later than 8:50 a.m.**

Defendants are advised that if they fail to appear for this hearing or fail to respond to the Order to Show Cause, the Court may enter judgment against them in the amount requested by Plaintiffs.

**IT IS SO ORDERED**.

Dated: October 4, 2022

_____
JEFFREY S. WHITE
United States District Judge